**Order filed, December 30, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-01004-CV
_____

**BARRETT WAKEFIELD, Appellant**

**V.**

**WILLIAM B. UNDERWOOD III, AND UNDERWOOD, JONES, SCHERRER, PLLC, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-83168**

---

## ORDER

The reporter's record in this case was due November 15, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the court reporter of the 55th District Court to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher Bourliot.